# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RODNEY BERNARD HALL, | No. CV 07-2858-VAP (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JIMMY WALKER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 23, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE